IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01208-BNB

TIMOTHY DOYLE YOUNG,

    Petitioner,

v.

UNITED STATES,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Petitioner Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, originally filed a 28 U.S.C. § 2241 Petition in the United States District Court for the Eastern District of New York. The Eastern District of New York determined that venue in the instant action properly lies in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court.

In an order entered on June 1, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Young to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Young to file his claims on a Court-approved form that is used in filing § 2241 actions. Magistrate Judge Boland also directed Mr. Young either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Young now has failed to file his claims on a proper Court-approved form as he was instructed to do and either submit a 28 U.S.C. § Motion and Affidavit or pay the $5.00 filing fee. Mr. Young, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Petition is denied and the action is dismissed without prejudice for failure to cure deficiencies.

DATED at Denver, Colorado, this __7th__ day of __July__, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01208-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/10.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk